UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 08-200____ |
| | ) | |
| JOHN E. TAYLOR and | ) | Title 21, United States Code, |
| KIYANTIS RILEY, | ) | Section 841(a)(1) & (b)(1)(B)(iii); |
| | ) | Title 18, United States Code, Section 2. |
| Defendants. | ) | |

INDICTMENT

COUNT 1

THE GRAND JURY CHARGES:

On or about September 11, 2007, in Kankakee County, in the Central District of Illinois,

KIYANTIS RILEY,

defendant herein, did knowingly distribute a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (B)(1)(C).

COUNT 2

THE GRAND JURY CHARGES:

On or about September 12, 2007, in Kankakee County, in the Central District of Illinois,

JOHN E. TAYLOR
and
KIYANTIS RILEY,

defendants herein, did knowingly distribute five grams or more of a mixture and

substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 3

**THE GRAND JURY CHARGES:**

On or about January 13, 2008, in Kankakee County, in the Central District of Illinois,

**JOHN E. TAYLOR,**

defendant herein, did knowingly possess five grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

A TRUE BILL.

FOREPERSON

RODGER A. HEATON
United States Attorney

ELM