# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>)  CASE NO. **08-20007-02**<br>)<br>)<br>) |
| **KIYANTIS RILEY**<br>    Defendant | |

## SCHEDULING ORDER IN CRIMINAL CASE

   This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 P.M.** on **APRIL 4, 2008,** before the Honorable Michael P. McCuskey.

   IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **APRIL 14, 2008**, before the Honorable Michael P. McCuskey.

   **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

   ENTER this 4th day of March, 2008.

                                         s/David G. Bernthal
                                        DAVID G. BERNTHAL
                                        U.S. MAGISTRATE JUDGE