**E-FILED**
Monday, 10 March, 2008  03:27:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| *vs* | ) | |
| | ) | **CASE NO. 08-20007-02** |
| **KIYANTIS J. RILEY** | ) | |
| Defendant | ) | |

TO:      THE U. S. MARSHAL and any
         AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **KIYANTIS J. RILEY,** and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with distribution of cocaine base ("crack") in violation of Title 21, United States Code, Section(s) 841(a)(1) and (B)(1)(C) and Title 18, United States Code, Section 2.

**DAVID G. BERNTHAL**
Name of Issuing Officer

s/ David G. Bernthal

Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

2/6/2008      Urbana, IL
Date and Location

RECEIVED 2008 FEB -8 P 3: 17 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

*Bail fixed at NONE.  To be determined at initial appearance.*

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at *Kankakee*

| | | |
|---|---|---|
| Date Received 2/08/08 | Name of Arresting Officer S/A Hoyt | Signature of Arresting Officer |
| Date of Arrest 2/08/08 | Title of Arresting Officer DEA | |

**FILED**

MAR 1 0 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS