# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | No. CR 08-20007-002 |
| JOHN TAYLOR and ) | |
|     KIYANTIS RILEY ) | |
|     Defendants ) | |

## MOTION TO CONTINUE PRE TRIAL AND TRIAL SETTINGS

The Defendant, KIYANTIS RILEY, by his attorney, James Kuehl, Thomas A. Bruno, and Associates, hereby moves this Court for a continuance of his pre trial and trial settings. In support of his motion the Defendant, KIYANTIS RILEY, states as follows:

1. This Court appointed James Kuehl as attorney for Defendant on March 4, 2008.

2. The Court did not at that time change the trial schedule for the case, originally set for Defendant Taylor for an April 4, 2008 pre trial and a trial date of April 14, 2008, although the Court has set the schedule prior to Defendant Riley's arrest on the present charges.

3. Attorney James Kuehl has only just received Rule 16 disclosure material, provided in a timely fashion by the Plaintiff.

4. The interests of justice would be served if the Defendant were allowed to have a continuance of his pre trial and trial settings in order to prepare for trial or to explore alternative settlement of the case.

5. That counsel for the Defendant has consulted with Assistant United States Attorney Eugene Miller and the Government has no objection to the Defendant's Motion to Continue the pre trial and trial settings.

WHEREFORE, Defendant, KIYANTIS RILEY, moves for a continuance of the pre trial and trial settings herein to a time convenient to the Court and to the Parties.

BY: s/_____James Kuehl_____
James Kuehl #1541773

Thomas A. Bruno & Associates  
Attorneys at Law  
Urbana, IL 61803-1026  
Phone 217-328-6000  
Fax 217-328-6765  
 e-mail: jbkuehl@hotmail.com

**CERTIFICATE OF SERVICE**

I, James Kuehl, hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such fling to the following: Eugene Miller, Assistant United States Attorney.

BY: s/_____James Kuehl_____  
James Kuehl #1541773  
Thomas A. Bruno & Associates  
Attorneys at Law  
Urbana, IL 61803-1026  
Phone 217-328-6000  
Fax 217-328-6765  
 e-mail: jbkuehl@hotmail.com